# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| HARRY WAYNE MILLER, JR., | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. CIV 10-487-FHS-KEW |
| ANITA TRAMMELL, Warden | ) | |
| Respondent. | ) | |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus as barred by the statute of limitations. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

IT IS SO ORDERED this 3rd day of August, 2011.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma